STEVENS v CITY OF FLINT

Appeal from Genesee, Elza H. Papp, J. Submitted Division 2 December 15, 1971, at Lansing. (Docket No. 10594.) Decided February 28, 1972. Leave to appeal denied, 388 Mich 800.

Complaint by Gaylord Stevens against the City of Flint, the Chief of the Flint Police Department, the City Manager, and the Director of the Flint Civil Services to require the city to give him a promotion in the Flint Police Department. Judgment for defendants. Plaintiff appeals. Affirmed.

*Draper, Daniel & Ruhala,* for plaintiff.

*Robert E. Weiss,* City Attorney, and *Edward H. Devoe,* Assistant City Attorney, for defendants.

Before: QUINN, P. J., and J. H. GILLIS and VAN VALKENBURG,* JJ.

PER CURIAM. Plaintiff brought this action to obtain promotion to sergeant in the Flint Police Department. The controlling issue before the trial court was the correct date for the retirement of Sergeant Haley, the position to which plaintiff would be promoted. The trial court found from the testimony that for 18–1/2 years the 25 years of service required for retirement had been computed from recorded

---

* Former circuit judge, sitting on the Court of Appeals by assignment pursuant to Const 1963, art 6, § 23 as amended in 1968.

time of service, excluding overtime service. The trial court further found that Sergeant Haley's retirement date was determined by this same method and that March 30, 1970, was the correct date for Haley's retirement. On this record, we are unable to say we would have found differently had we sat as the trial court.

Affirmed but without costs.